IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MOJIRADE JAMES | : CIVIL ACTION |
| | : |
| v. | : NO. 24-2232 |
| | : |
| GINETTE MCMANUS, BAXTER CREDIT UNION, CITADEL CREDIT UNION a/k/a CITADEL AGENCY LLC, LINCOLN INVESTMENT a/k/a LINCOLN INVESTMENT PLANNING, LLC, TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICAN – COLLEGE RETIREMENT EQUITIES FUND, WELLS FARGO BANK, N.A., PRUDENTIAL FINANCIAL, INC | : |

## ORDER

AND NOW, this 27th day of June 2024, upon studying Plaintiff's Motion to remand and for sanctions (ECF No. 8), two served Defendants' Oppositions (ECF Nos. 22, 23), Plaintiff's Reply (ECF No. 29), mindful of Motions to dismiss raising the bar to recovery under Pennsylvania Law (ECF Nos. 30, 31), finding Defendants have not met their burden to invoke our limited "arising under" federal law subject matter jurisdiction given the pleaded issues can be resolved entirely under Pennsylvania Law, finding no basis for sanctions against the removing Defendants (but not expressing an opinion on Plaintiff's counsel's representations as to the amount of the Judgment at issue), and for reasons in today's accompanying Memorandum, it is **ORDERED** Plaintiff's Motion (ECF No. 8) is **GRANTED** in part and **DENIED** in part requiring:

1. The Clerk of Court forthwith **REMAND** this case, including the pending Motions to dismiss (ECF Nos. 30, 31) to the Court Administrator for the Court of Common Pleas of Montgomery County at No. 2024-8720;

2

2. We **DENY** the request for sanctions against the removing Defendants; and,

3. The Clerk of Court **close** this case as we divest subject matter jurisdiction.

_____
KEARNEY, J.